DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-10-186-FCD |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO EXTEND TIME FOR STATUS |
| v. | ) CONFERENCE AND EXCLUDE TIME |
| RAY RAMIREZ, | ) DATE: July 26, 2010 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Frank C. Damrell, Jr. |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for June 1, 2010, be rescheduled for a status conference on Monday, July 26, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. The Federal Defenders office was appointed to represent Mr. Ramirez on May 14, 2010.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for July 26, 2010.

DATED: May 25, 2010

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Dennis S. Waks
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
                                RAY RAMIREZ

DATED:  May 25, 2010            BENJAMIN B. WAGNER
                                United States Attorney

                                /s/  Dennis S. Waks for
                                JILL THOMAS
                                Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
      FRANK C. DAMRELL, JR.
      UNITED STATES DISTRICT JUDGE