DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )   | CR.S. 10-186-FCD |
| )   Plaintiff, )   | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS |
| v.           )   | CONFERENCE AND EXCLUDE TIME |
| )   RAY RAMIREZ,           )   | DATE: October 4, 2010 |
| )   Defendant. )   | Time: 10:00 a.m. Judge: Frank C. Damrell |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for July 26, 2010, be rescheduled for a status conference on Monday, October 4, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 4, 2010.

```
DATED: July 21, 2010

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Dennis S. Waks
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    RAY RAMIREZ

DATED:  July 21, 2010               BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/  Dennis S. Waks for
                                    JILL THOMAS
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

Dated:    July 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE