DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. S-10-186-FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) TO EXTEND TIME FOR STATUS |
| v. | ) CONFERENCE AND EXCLUDE TIME |
| RAY RAMIREZ, | ) DATE:  March 7, 2011 |
|  | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Frank C. Damrell, Jr. |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for January 18, 2011, be rescheduled for a status conference on Tuesday, March 7, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

/ / /

/ / /

/ / /

1

1    Speedy trial time is to be excluded from the date of this
2 order through the date of the status conference set for March 7,
3 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.
4 [reasonable time to prepare].
5 DATED: January 11, 2011

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        RAY RAMIREZ

DATED:  January 11, 2011                BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/  Dennis S. Waks for
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

   **IT IS SO ORDERED.**

Dated: January 11,  2011

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE