DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-10-186-FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| RAY RAMIREZ, | ) | DATE: April 25, 2011 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell, Jr. |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for March 7, 2011, be rescheduled for a status conference on Tuesday, April 25, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

/ / /

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 25, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: March 3, 2011

                                            Respectfully Submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Dennis S. Waks
                                            Supervising Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            RAY RAMIREZ

DATED:  March 3, 2011                  BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/  Dennis S. Waks for
                                            JILL M. THOMAS
                                            Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: March 4, 2011                    _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE