DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-10-186-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| RAY RAMIREZ, ) | DATE: September 6, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |
| _____ | |

    Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for August 8, 2011, be rescheduled for a status conference on Monday, September 6, 2011, at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

/ / /

/ / /

/ / /

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 6, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: August 4, 2011

                                                Respectfully Submitted,

                                                DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
RAY RAMIREZ

DATED:  August 4, 2011           BENJAMIN B. WAGNER
United States Attorney

/s/  Dennis S. Waks for
JILL M. THOMAS
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: August 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE