DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 10-186-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) | |
| | ) | |
| RAY RAMIREZ, | ) | DATE: October 17, 2011 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell, Jr. |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for September 6, 2011, be rescheduled for a status conference on Monday, October 17, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, this defendant has some serious medical conditions which effect his ability to assist counsel at the present time.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: August 26, 2011

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
RAY RAMIREZ

DATED: August 26, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
JILL M. THOMAS
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: August 26, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE