FILED
December 20, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:10-cr-00186-JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| RAY RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Ray Ramirez; Case 2:10-cr-00186-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $50,000, co-signed by Marry Moore.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions, and third party custody of Margaret Ramirez.

Issued at Sacramento, CA on _Dec 20, 2011_ at _3:05 p.m_

By _[signature]_
United States Magistrate Judge