DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 10-186-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO MODIFY CONDITIONS OF RELEASE |
| v. ) | |
| ) | |
| RAY RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, JILL M. THOMAS, Assistant United States Attorney, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for Ray Ramirez, that the defendant's conditions of pretrial supervision be modified to amend Special Condition Number 9, replacing his sister, Margaret Ramirez, with the defendant's mother, Mary Moore, as third party custodian.

   Mr. Ramirez is completely compliant with all his conditions of release.  The Pretrial Services Officer, Renee Basurto, agrees with this modification and has investigated the proposed third party custodian.

   The defendant would live with his mother, Mary Moore,

instead of his sister.  Ms. Moore has advised counsel for the defendant and his Pretrial Services Officer that she is willing to be the third party custodian for her son, Ray Ramirez.

All other conditions of release shall remain in effect.

DATED: February 7, 2012        Respectfully Submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Dennis S. Waks
                               Supervising Assistant
                               Federal Defender
                               Attorney for Defendant
                               RAY RAMIREZ

DATED:  February 7, 2012       BENJAMIN B. WAGNER
                               United States Attorney

                               /s/  Dennis S. Waks for
                               JILL M. THOMAS
                               Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: February 8, 2012.

            /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE