DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.S. 10-186-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO EXTEND TIME FOR STATUS |
| v. | ) CONFERENCE AND EXCLUDE TIME |
| RAY RAMIREZ, | ) DATE: May 15, 2012 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: John A. Mendez |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for March 6, 2012, be rescheduled for a status conference on Tuesday, May 15, 2012, at 9:30 a.m..

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, this defendant has some serious medical conditions which effect his ability to assist counsel at the present time.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 15, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: February 28, 2012

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        RAY RAMIREZ

DATED:   February 28, 2012               BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/  Dennis S. Waks for
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation, February 28, 2012, through and including May 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for May 15, 2012, at 9:30 a.m..

DATED: 2/28/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge