```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAY RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.S. 10-186-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | TO MODIFY CONDITIONS OF RELEASE |
| v. | ) |  |
| RAY RAMIREZ, | ) |  |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED between the parties through their respective counsel, JILL M. THOMAS, Assistant United States Attorney, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for Ray Ramirez, that the defendant's conditions of pretrial supervision be modified by striking the defendant's required participation in the home confinement program (paragraph's 11 and 12 of the December 20, 2011, release order). See the 2nd Amended Conditions of Release, as proposed. (Exhibit A).

Mr. Ramirez is completely compliant with all his conditions of release and he has been in the home confinement program, which includes electronic monitoring and a curfew, for over six months.

Pretrial Services Officer, Renee Basurto, prepared Exhibit "A" and agrees with this modification.

All other conditions of release shall remain in effect.

DATED: June 27, 2012                    Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        RAY RAMIREZ

DATED:  June 27, 2012                   BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/  Dennis S. Waks for
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: <u>July 2</u>, 2012.

                    /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

2