1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAY RAMIREZ
6

7              IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  CR.S. 10-186-JAM
11                                  )
                    Plaintiff,      )  STIPULATION AND ORDER
12                                  )  TO EXTEND TIME FOR STATUS
        v.                          )  CONFERENCE AND EXCLUDE TIME
13                                  )
   RAY RAMIREZ,                     )  DATE:  October 30, 2012
14                                  )  Time:  9:45 a.m.
                    Defendant.      )  Judge: John A. Mendez
15 _____  )

16

17     Defendant RAY RAMIREZ, by and through his counsel, DENNIS S.

18 WAKS, Supervising Assistant Federal Defender, and the United

19 States Government, by and through its counsel, JILL M. THOMAS,

20 Assistant United States Attorney, hereby stipulate that the

21 status conference set for September 4, 2012, be rescheduled for a

22 status conference on Tuesday, October 30, 2012, at 9:45 a.m..

23     This continuance is being requested because defense counsel

24 requires additional time to receive and review discovery, discuss

25 the case with the government, and pursue investigation.

26 Furthermore, this defendant has some serious medical conditions

27 which effect his ability to assist counsel at the present time.

28

                              1

1    Speedy trial time is to be excluded from the date of this

2  order through the date of the status conference set for October

3  30, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code

4  T4. [reasonable time to prepare].

5    The Court finds that the ends of justice to be served by

6  granting a continuance outweigh the best interest of the public

7  and the defendant in a speedy trial.

8  DATED: August 28, 2012

9                                      Respectfully Submitted,

10                                     DANIEL J. BRODERICK
                                       Federal Defender
11

12                                     /s/ Dennis S. Waks
                                       Supervising Assistant
13                                     Federal Defender
                                       Attorney for Defendant
14                                     RAY RAMIREZ

15  DATED: August 28, 2012             BENJAMIN B. WAGNER
                                       United States Attorney
16

17                                     /s/  Dennis S. Waks for
                                       JILL M. THOMAS
18                                     Assistant U.S. Attorney

19

20                            **ORDER**

21    Based on the stipulation of the parties and good cause

22  appearing therefrom, the Court hereby finds that the failure to

23  grant a continuance in this case would deny defense counsel

24  reasonable time necessary for effective preparation, taking into

25  account the exercise of due diligence.  The Court specifically

26  finds that the ends of justice served by the granting of such

27  continuance outweigh the interests of the public and the

28  defendant in a speedy trial.  Based on these findings and

pursuant to the stipulation of the parties, the Court hereby
adopts the stipulation of the parties in its entirety as its
Order.   Time is excluded from computation of time within which
the trial of this matter must be commenced beginning from the
date of the stipulation, August 28, 2012, through and including
October 30, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
(B)(iv) [reasonable time for defense counsel to prepare] and
Local Code T4.   A new status conference date is hereby set for
October 30, 2012, at 9:45 a.m..

DATED: 8/28/2012          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          United States District Court Judge

3