```
DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 10-186-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| RAY RAMIREZ, | ) | DATE: December 11, 2012 |
| | ) | Time: 9:45 a.m. |
| Defendant. | ) | Judge: John A. Mendez |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for October 30, 2012, be rescheduled for a status conference on Tuesday, December 11, 2012, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, this defendant has some serious medical conditions which effect his ability to assist counsel at the present time.

Mr. Ramirez, if convicted, faces a mandatory minimum

1  sentence of 15 years to life.  This defendant is a 51 year old
2  male with significant medical and psychological problems.  At
3  least three times per week, Mr. Ramirez spends 5 hours a session
4  on a kidney dialysis machine.  He has a history of multiple
5  strokes in the past, has chronic diabetes, is in the early to
6  middle stages of dementia, and has a history of heavy alcohol and
7  drug abuse.
8       Mr. Ramirez has exhibited significant memory impairment and
9  he performed "very poorly" in psychological testing compared to
10 other people his age (4 percentile).  Unfortunately, these
11 medical conditions and the accompanying mental problems effect
12 his ability to remember details of his case and to assist
13 counsel.
14      Mr. Ramirez was incarcerated at Sacramento County Jail on
15 this case for over 18 months.  He was released from jail in
16 December, 2011 and has been successful on pre-trial services
17 release for over 10 months.
18      In light of the above, including the substantial sentence if
19 convicted, counsel needs more time to talk to Mr. Ramirez and to
20 work on his case.  Though counsel for the defendant is attempting
21 to wind down his case load before his retirement at the end of
22 the year, because of the complicated nature of this case, I might
23 keep this case after retirement.  An updated psychological
24 evaluation may be required before the next status conference.
25 Depending upon these results and after a meeting with the
26 government, we would hope to reach a negotiated disposition by
27 December.
28      Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for December 11, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 26, 2012

            Respectfully Submitted,

            DANIEL J. BRODERICK
            Federal Defender

            /s/ Dennis S. Waks
            Supervising Assistant
            Federal Defender
            Attorney for Defendant
            RAY RAMIREZ

DATED: October 26, 2012    BENJAMIN B. WAGNER
            United States Attorney

            /s/  Dennis S. Waks for
            JILL M. THOMAS
            Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby

adopts the stipulation of the parties in its entirety as its Order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, October 26, 2012, through and including December 11, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for December 11, 2012, at 9:45 a.m..

DATED: 10/26/2012          /s/ John A. Mendez
                           JOHN A. MENDEZ
                           United States District Court Judge