1 DANIEL J. BRODERICK, #89424
Federal Defender
2 DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
RAY RAMIREZ

6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
UNITED STATES OF AMERICA,      )  CR.S. 10-186-JAM
11                             )
                Plaintiff,     )  STIPULATION AND ORDER
12                             )  TO EXTEND TIME FOR STATUS
      v.                       )  CONFERENCE AND EXCLUDE TIME
13                             )
RAY RAMIREZ,                   )  DATE:  February 12, 2013
14                             )  Time:  9:45 a.m.
                Defendant.     )  Judge: John A. Mendez
15 _____

16

17      Defendant RAY RAMIREZ, by and through his counsel, DENNIS S.

18 WAKS, Supervising Assistant Federal Defender, and the United

19 States Government, by and through its counsel, JILL M. THOMAS,

20 Assistant United States Attorney, hereby stipulate that the

21 status conference set for December 11, 2012, be rescheduled for a

22 status conference/change of plea on Tuesday, February 12, 2013,

23 at 9:45 a.m..

24      This continuance is being requested because defense counsel

25 requires additional time to receive and review discovery, discuss

26 the case with the government, and pursue investigation.

27 Furthermore, this defendant has some serious medical conditions

28 which effect his ability to assist counsel at the present time.

1

1    Mr. Ramirez, if convicted, potentially faces a mandatory

2  minimum sentence of 15 years to life.  This defendant is a 51

3  year old male with significant medical and psychological

4  problems.  At least three times per week, Mr. Ramirez spends 5

5  hours a session on a kidney dialysis machine.  He has a history

6  of multiple strokes in the past, has chronic diabetes, is in the

7  early to middle stages of dementia, and has a history of heavy

8  alcohol and drug abuse.

9    Mr. Ramirez has exhibited significant memory impairment and

10  he performed "very poorly" in psychological testing compared to

11  other people his age (4 percentile).  Unfortunately, these

12  medical conditions and the accompanying mental problems effect

13  his ability to remember details of his case and to assist

14  counsel.

15    Mr. Ramirez was incarcerated at Sacramento County Jail on

16  this case for over 18 months.  He was released from jail in

17  December, 2011 and has been successful on pre-trial release for

18  approximately 12 months under the supervision of Pretrial

19  Services.

20    In light of the above, including the substantial sentence if

21  convicted, counsel needs more time to talk to Mr. Ramirez and to

22  work on his case.  Though counsel for the defendant is attempting

23  to wind down his case load before his retirement at the end of

24  the year, because of the complicated nature of this case, I

25  anticipate keeping this case after retirement.  Counsel for the

26  defendant is seeking an updated psychological evaluation and will

27  attempt to get it before the next status conference.  Depending

28  upon these results and after a meeting with the government, we

1 would hope to reach a negotiated disposition by the next court

2 date.

3     Speedy trial time is to be excluded from the date of this

4 order through the date of the status conference set for February

5 12, 2013, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code

6 T4. [reasonable time to prepare].

7     The Court finds that the ends of justice to be served by

8 granting a continuance outweigh the best interest of the public

9 and the defendant in a speedy trial.

10 DATED: December 6, 2012

11                                     Respectfully Submitted,

12                                     DANIEL J. BRODERICK
                                       Federal Defender

13

14                                     /s/ Dennis S. Waks
                                       Supervising Assistant
15                                     Federal Defender
                                       Attorney for Defendant
16                                     RAY RAMIREZ

17 DATED: December 6, 2012             BENJAMIN B. WAGNER
                                       United States Attorney
18

19                                     /s/  Dennis S. Waks for
                                       JILL M. THOMAS
20                                     Assistant U.S. Attorney

21

22                           **ORDER**

23     Based on the stipulation of the parties and good cause

24 appearing therefrom, the Court hereby finds that the failure to

25 grant a continuance in this case would deny defense counsel

26 reasonable time necessary for effective preparation, taking into

27 account the exercise of due diligence.  The Court specifically

28 finds that the ends of justice served by the granting of such

3

1 continuance outweigh the interests of the public and the

2 defendant in a speedy trial.  Based on these findings and

3 pursuant to the stipulation of the parties, the Court hereby

4 adopts the stipulation of the parties in its entirety as its

5 Order.  Time is excluded from computation of time within which

6 the trial of this matter must be commenced beginning from the

7 date of the stipulation, December 6, 2012, through and including

8 February 12, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

9 (B)(iv) [reasonable time for defense counsel to prepare] and

10 Local Code T4.  A new status conference date is hereby set for

11 February 12, 2013, at 9:45 a.m..

12

13 DATED: 12/6/2012                    /s/ John A. Mendez
                                      JOHN A. MENDEZ
14                                    United States District Court Judge