JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-0186-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | EXTENDING TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| RAY RAMIREZ, | ) | Date: February 12, 2013 |
| | ) | Time: 9:45 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| _____ | ) | |

IT IS HEREBY STIPULATED between defendant, Ray Ramirez, and plaintiff, the United States, through their respective attorneys, that the status conference scheduled for February 12, 2013, may be continued to March 26, 2013, at 9:45 a.m.

This continuance is being requested because defense of Mr. Ramirez's case was recently reassigned to Assistant Federal Defender Tim Zindel after the retirement of previously-assigned defense counsel. New counsel seeks additional time to review discovery, discuss the case with the government, and to determine what steps need to be taken to resolve the case or move it forward. New counsel is advised that Mr. Ramirez has some serious medical

1

conditions that may affect his ability to assist counsel, as noted in a previous status conference request. The government advises that Mr. Ramirez, if convicted, may face a mandatory minimum sentence of 15 years to life.

In light of reassignment of the case, the parties agree that time under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) through the rescheduled status conference of March 26, 2013. The parties agree that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

                              Respectfully Submitted,

                              JOSEPH SCHLESINGER
                              Acting Federal Defender

Dated: February 11, 2013     /s/ T. Zindel
                              Assistant Federal Defender
                              Attorney for RAY RAMIREZ

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: February 11, 2013     /s/ T. Zindel for J. Thomas
                              JILL M. THOMAS
                              Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by the granting of such continuance outweigh

the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court adopts the stipulation of the parties and orders time excluded under the Speedy Trial Act through March 26, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4.  The status conference is hereby set for March 26, 2013, at 9:45 a.m..

DATED:   February 11, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge