JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CR-0186-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER EXTENDING TIME FOR STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) ) | |
| RAY RAMIREZ, | ) ) | Date: March 26, 2013 Time: 9:45 a.m. |
| Defendant. | ) ) | Judge: John A. Mendez |

IT IS HEREBY STIPULATED between defendant, Ray Ramirez, and plaintiff, the United States, through their respective attorneys, that the status conference scheduled for March 26, 2013, may be continued to April 23, 2013, at 9:45 a.m.

This continuance is being requested because newly-assigned defense counsel has yet to review the extensive materials collected by previously-assigned defense counsel, who handed off the case at the end of December. Defense counsel seeks additional time to review discovery, discuss the case with the government, and to determine what steps need to be taken to resolve the case or move it forward. Mr. Ramirez also has medical conditions that may

1

affect his ability to assist counsel, as noted in a previous status conference statement.  The government advises that Mr. Ramirez, if convicted, may face a mandatory minimum sentence of 15 years to life.

In light of reassignment of the case, the parties agree that time under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) through the rescheduled status conference of April 23, 2013.  The parties agree that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                        Respectfully Submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated:  March 21, 2013          /s/ T. Zindel
                                        Assistant Federal Defender
                                        Attorney for RAY RAMIREZ

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  March 21, 2013          /s/ T. Zindel for J. Thomas
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by the granting of such continuance outweigh

the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court adopts the stipulation of the parties and orders time excluded under the Speedy Trial Act through April 23, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4. The status conference is hereby set for April 23, 2013, at 9:45 a.m.

DATED: March 22, 2013        /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Court Judge