HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>RAY RAMIREZ,<br><br>           Defendant. | 2:10-CR-0186-JAM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  June 11, 2013<br>Time:  9:45 a.m.<br>Judge: John A. Mendez |

    IT IS HEREBY STIPULATED between defendant, Ray Ramirez, and plaintiff, the United States, through their respective attorneys, that the status conference scheduled for June 11, 2013, may be continued one week to June 18, 2013, at 9:45 a.m.

    The parties have reached an agreement to resolve the case by way of plea to a superseding information, but time is needed to prepare and review the final paperwork.  To have adequate time to prepare, the parties agree that time under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) through the rescheduled status conference of June 18, 2013.  The parties agree that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 6, 2013        /s/ T. Zindel
                           Assistant Federal Defender
                           Attorney for RAY RAMIREZ

                           BENJAMIN B. WAGNER
                           United States Attorney

Dated: June 6, 2013        /s/ T. Zindel for J. Thomas
                           JILL M. THOMAS
                           Assistant U.S. Attorney

## O R D E R

Based on the stipulation of the parties and good cause appearing, the Court finds that the failure to grant a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The ends of justice served by the granting a continuance outweigh the interests of the public and the defendant in a speedy trial. The Court therefore adopts the stipulation of the parties and orders time excluded under the Speedy Trial Act through June 18, 2013. U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4. The status conference is set for June 18, 2013, at 9:45 a.m.

DATED: June 6, 2013        /s/ John A. Mendez
                           HON. JOHN A. MENDEZ
                           United States District Court Judge