HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAY RAMIREZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-0186-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING TIME FOR STATUS** |
| v. ) | **CONFERENCE AND EXCLUDING TIME** |
| ) | Date:  July 16, 2013 |
| RAY RAMIREZ, ) | Time:  9:45 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| _____) | |


        IT IS HEREBY STIPULATED between defendant, Ray Ramirez, and plaintiff, the United States, through their attorneys, that the status conference scheduled for June 18, 2013, may be continued to July 16, 2013, at 9:45 a.m.

        Early this week, Mr. Ramirez's pretrial services officer notified the parties that Mr. Ramirez, who recently had two heart attacks followed by open-heart surgery, was readmitted to the hospital in a coma. As of today, his condition is unchanged and he is on life support. Although Mr. Ramirez and the government reached an agreement to resolve the case, his current medical

1

1   condition makes him unavailable for court within the meaning of 18

2   U.S.C. §3161(h)(3)(A).  The parties therefore ask to continue the

3   status conference and agree that time under the Speedy Trial Act

4   should be excluded pursuant to 18 U.S.C. § 3161(h)(3)(A) due to Mr.

5   Ramirez's unavailability.  Defense counsel and pretrial services

6   will continue to monitor his condition and defense counsel agrees

7   to advise the Court when Mr. Ramirez becomes available.

8                                    Respectfully Submitted,

9                                    HEATHER E. WILLIAMS
                                     Federal Defender
10

11  Dated:  June 13, 2013            /s/ T. Zindel_____
                                     Assistant Federal Defender
12                                   Attorney for RAY RAMIREZ

13                                   BENJAMIN B. WAGNER
                                     United States Attorney
14

15  Dated:  June 13, 2013            /s/ T. Zindel for J. Thomas
                                     JILL M. THOMAS
16                                   Assistant U.S. Attorney

17

18                           **O R D E R**

19       For the reasons stated above, the status conference is

20  rescheduled for July 16, 2013, at 9:45 a.m.  Time is excluded under

21  the Speedy Trial Act through July 16, 2013, due to unavailability

22  of the defendant.  18 U.S.C. § 3161(h)(3)(A).  Defense counsel

23  shall promptly advise the Court in the event defendant becomes

24  available prior to July 16.

25

26  DATED:  June 13, 2013            /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
27                                   United States District Court Judge

28

                                  2