BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>RAY RAMIREZ,<br><br>         Defendant. | CASE NO. CR S 2:10-0186 JAM<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment in Case No.CR S 2:10-0186 JAM as to defendant RAY RAMIREZ, is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: __7/11/2013                /s/ John A. Mendez_____
                                  HONORABLE JOHN A. MENDEZ
                                  United States District Court Judge

ORDER GRANTING GOVERNMENT'S
MOTION TO DISMISS INDICTMENT